IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ADAM WADE CRUTCHLEY, | * |
| Plaintiff, | * |
| v. | Case No.  7:22-CV-98(HL) |
| | * |
| CAPTAIN ADDISON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 23, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of February, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk